UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JEROME L. GRIMES, Petitioner, v. STATE OF CALIFORNIA, et al., Respondents. | No. 5:26-cv-04320-HDV-JDE<br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 08/17/26

HERNÁN D. VERA
United States District Judge